```
```
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rke
MAR 06 2006
JOHN F. CORCORAN, CLERK
BY: H McDnael
DEPUTY CLERK

| | |
|---|---|
| MARIO TOLEDO, | ) |
| Petitioner, | ) Civil Action No. 7:06-cv-00057 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) By: Hon. Jackson L. Kiser |
| Respondent. | ) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 6th day of March, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge